**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed September 12, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00764-CR

## IN RE CHRISTOPHER DUPUY, Applicant

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CR-1365**

## MEMORANDUM OPINION

On September 3, 2013, Christopher Dupuy filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52.

We are unable to consider applicant's petition for writ of habeas corpus in this criminal case because our habeas jurisdiction extends solely to situations in which a relator's restraint of liberty arises from a violation of an order, judgment,

or decree of a court or judge in a civil case.  *See* Tex. Gov't Code Ann. § 22.221(d).  Therefore, we dismiss applicant's petition for lack of jurisdiction.


PER CURIAM


Panel Consists of Justices Frost, Boyce, and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b).